Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (if known): _____  Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| **1. Debtor's name** | **Skyline EMS, Inc.** |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as names*

**3. Debtor's federal Employer Identification Number (EIN)**  2 7 – 2 6 7 4 2 8 6

**4. Debtor's address**

**Principal place of business**

__600 E Griffin Pkwy__
Number      Street

__Mission, TX 78572-2980__
City                              State      ZIP Code

__Hidalgo__
County

**Mailing address, if different from principal place of business**

__310 E. Main Street__
Number      Street

__Mission, TX 78573__
City                              State      ZIP Code

**Location of principal assets, if different from principal place of business**

Number      Street

City                              State      ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor **Skyline EMS, Inc.**          Case number *(if known)* _____
    Name

**7. Describe debtor's business**

A. *Check one:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

    **6  2  1  9**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                            MM / DD / YYYY

          District _____ When _____ Case number _____
                                            MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

     District _____ When _____
                                            MM / DD / YYYY

     Case number, if known _____

Debtor   **Skyline EMS, Inc.**                                    Case number *(if known)* _____
             Name

| 11. Why is the case filed in *this district*? | *Check all that apply:* |
|---|---|
| | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

_____ _____
Number          Street

_____

_____ _____ _____
City                                      State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency  _____

Contact name    _____

Phone           _____

---

## Statistical and administrative information

| 13. Debtor's estimation of available funds? | *Check one:* |
|---|---|
| | ☐ Funds will be available for distribution to unsecured creditors. |
| | ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| 14. Estimated number of creditors | ☑ 1-49 | ☐ 50-99 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 25,001-50,000 | ☐ 50,000-100,000 |
|---|---|---|---|---|---|---|
| | ☐ 100-199 | ☐ 200-999 | ☐ 10,001-25,000 | | ☐ More than 100,000 | |

| 15. Estimated assets | ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor    __Skyline EMS, Inc._____        Case number *(if known)* _____
               Name

| | | |
|---|---|---|

**16. Estimated liabilities**

- ☑ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ▪ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ▪ I have been authorized to file this petition on behalf of the debtor.
- ▪ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __07/06/2025__
                       MM/ DD/ YYYY

X  __/s/ Maria Isabel Rodriguez_____            __Maria Isabel Rodriguez__
    Signature of authorized representative of debtor        Printed name

Title   _____**President**_____

**18. Signature of attorney**

X  _____**/s/ Antonio Martinez, Jr.**_____     Date  __07/06/2025__
    Signature of attorney for debtor                                      MM/ DD/ YYYY

__Antonio Martinez, Jr._____
Printed name

__Law Office of Antonio Martinez, Jr., P.C._____
Firm name

__515 West Nolana B_____
Number          Street

__McAllen_____     __TX__     __78504__
City                                            State       ZIP Code

__(956) 789-5393_____     __martinez.tony.jr@gmail.com__
Contact phone                                  Email address

__24007607_____     __TX__
Bar number                          State

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on _____.

| | |
|---|---|
| a. Total assets | $0.00 |
| b. Total debts (including debts listed in 2.c., below) | $2,863,222.00 |

c. Debt securities held by more than 500 holders

Approximate number of holders:

secured ☐  unsecured ☐  subordinated ☐ _____  _____

secured ☐  unsecured ☐  subordinated ☐ _____  _____

secured ☐  unsecured ☐  subordinated ☐ _____  _____

secured ☐  unsecured ☐  subordinated ☐ _____  _____

secured ☐  unsecured ☐  subordinated ☐ _____  _____

d. Number of shares of preferred stock  _____

e. Number of shares common stock  _____

Comments, if any: _____

3. Brief description of debtor's business _____
Debtor provides Emergency Medical Services across the Rio Grande Valley

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

| Fill in this information to identify the case: |
| --- |
| Debtor name **Skyline EMS, Inc.** |
| United States Bankruptcy Court for the: **Southern District of Texas** |
| Case number (if known): _____ |

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | | taxes | | | | $2,300,000.00 |
| 2 | JRG Funding 180 Maiden Ln New York, NY 10038-4925 | | trade lender | | | | $161,190.00 |
| 3 | FORWARD FINANCING 53 State St # 20 Boston, MA 02109-2820 | | trade lending | | | | $125,000.00 |
| 4 | INTUIT PAYROLL 75601 Headquarters Dr. Plano, TX 75024 | | payroll | | | | $76,000.00 |
| 5 | Experian 475 Anton Blvd Costa Mesa, CA 92626-7037 | | | | | | $46,932.00 |
| 6 | Law Office of Antonio Martinez, Jr., P.C. 515 West Nolana B McAllen, TX 78504 | (956) 683-1090 | attorneys fees | | | | $40,000.00 |
| 7 | Blue Cross and Blue Shield of Texas Po Box 650615 Dallas, TX 75265-0615 | | insurance | | | | $32,000.00 |
| 8 | Envi Health Solutions 11880 Community Rd Ste 310 Poway, CA 92064-8877 | | supplier of medical equipment | | | | $32,000.00 |

Debtor **Skyline EMS, Inc.**

Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  U.S. Dept. of a Human Health Services<br><br>Health Resources & Services Administration<br>Po Box 19438<br>Springfield, IL 62794-9438 | | | | | | $14,100.00 |
| 10  AIRGAS USA, LLC<br><br>Po Box 734671<br>Dallas, TX 75373-4671 | | supplier of gas | | | | $11,000.00 |
| 11  MOORE MEDICAL LLC<br><br>Po Box 4066<br>Farmington, CT 06034-4066 | (860) 826-3600 | Supplier | | | | $10,000.00 |
| 12  B&E MEDICAL SUPPLY<br><br>7203 Eckhert Rd<br>San Antonio, TX 78238-1245 | | supplier of products | | | | $8,000.00 |
| 13  STX Diesel<br><br>308 Catholic War Veterans BLVD<br>Mission, TX 78572 | | supplier of diesel | | | | $7,000.00 |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Fill in this information to identify the case:

Debtor name _____**Skyline EMS, Inc.**_____

United States Bankruptcy Court for the:

_____**Southern District of Texas**_____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1.    Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.    List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address** | **$40,000.00** | **$40,000.00** |

**2.1**

**Priority creditor's name and mailing address**

**Law Office of Antonio Martinez, Jr., P.C.**

**515 West Nolana B**

**McAllen, TX 78504**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the Claim:**

**attorneys fees**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Total claim** $40,000.00

**Priority amount** $40,000.00

**2.2**

**Priority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor **Skyline EMS, Inc.**
_____   Case number *(if known)* _____
Name

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | **Amount of claim** |
| --- | --- |

**3.1** Nonpriority creditor's name and mailing address

**AIRGAS USA, LLC**

**Po Box 734671**

**Dallas, TX 75373-4671**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **supplier of gas**

Is the claim subject to offset?
☑ No
☐ Yes

**$11,000.00**

---

**3.2** Nonpriority creditor's name and mailing address

**B&E MEDICAL SUPPLY**

**7203 Eckhert Rd**

**San Antonio, TX 78238-1245**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **supplier of products**

Is the claim subject to offset?
☑ No
☐ Yes

**$8,000.00**

---

**3.3** Nonpriority creditor's name and mailing address

**Blue Cross and Blue Shield of Texas**

**Po Box 650615**

**Dallas, TX 75265-0615**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **insurance**

Is the claim subject to offset?
☑ No
☐ Yes

**$32,000.00**

---

**3.4** Nonpriority creditor's name and mailing address

**Envi Health Solutions**

**11880 Community Rd Ste 310**

**Poway, CA 92064-8877**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **supplier of medical equipment**

Is the claim subject to offset?
☑ No
☐ Yes

**$32,000.00**

Debtor  **Skyline EMS, Inc.**
Name

Case number *(if known)*

---

**Part 2:**  Additional Page

| | | |
|---|---|---|
| **3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$46,932.00** |

**3.5** Nonpriority creditor's name and mailing address

**Experian**

**475 Anton Blvd**

**Costa Mesa, CA 92626-7037**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is: **$46,932.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address

**FORWARD FINANCING**

**53 State St # 20**

**Boston, MA 02109-2820**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is: **$125,000.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  trade lending

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.7** Nonpriority creditor's name and mailing address

**Internal Revenue Service**

**P.O. Box 7346**

**Philadelphia, PA 19101-7346**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is: **$2,300,000.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  taxes

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

**INTUIT PAYROLL**

**75601 Headquarters Dr.**

**Plano, TX 75024**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is: **$76,000.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  payroll

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor **Skyline EMS, Inc.**
Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $161,190.00 |
|---|---|---|---|

**JRG Funding**

**180 Maiden Ln**

**New York, NY 10038-4925**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**Basis for the claim:** trade lender

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|---|

**MOORE MEDICAL LLC**

**Po Box 4066**

**Farmington, CT 06034-4066**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**Basis for the claim:** Supplier

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,000.00 |
|---|---|---|---|

**STX Diesel**

**308 Catholic War Veterans BLVD**

**Mission, TX 78572**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**Basis for the claim:** supplier of diesel

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,100.00 |
|---|---|---|---|

**U.S. Dept. of a Human Health Services**

**Health Resources & Services Administration**

**Po Box 19438**

**Springfield, IL 62794-9438**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

Debtor      **Skyline EMS, Inc.**

Name                                                                  Case number *(if known)*

---

**Part 4:** Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a.   **Total claims from Part 1** | 5a. | **$40,000.00** |
| 5b.   **Total claims from Part 2** | 5b.   **+** | **$2,823,222.00** |
| 5c.   **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$2,863,222.00** |

Fill in this information to identify the case:

Debtor name     **Skyline EMS, Inc.**

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐    *Schedule H: Codebtors* (Official Form 206H)

☐    *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐    *Amended Schedule* _____

☑    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **07/06/2025**
      MM/ DD/ YYYY

X **/s/ Maria Isabel Rodriguez**
Signature of individual signing on behalf of debtor

**Maria Isabel Rodriguez**
Printed name

**President**
Position or relationship to debtor

AIRGAS USA, LLC
Po Box 734671
Dallas, TX 75373-4671

B&E MEDICAL SUPPLY
7203 Eckhert Rd
San Antonio, TX 78238-1245

Blue Cross and Blue Shield of
Texas
Po Box 650615
Dallas, TX 75265-0615

Envi Health Solutions
11880 Community Rd Ste 310
Poway, CA 92064-8877

Experian
475 Anton Blvd
Costa Mesa, CA 92626-7037

FORWARD FINANCING
53 State St # 20
Boston, MA 02109-2820

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

INTUIT PAYROLL
75601 Headquarters Dr.
Plano, TX 75024

JRG Funding
180 Maiden Ln
New York, NY 10038-4925


Law Office of Antonio
Martinez, Jr., P.C.
515 West Nolana B
McAllen, TX 78504


MOORE MEDICAL LLC
Po Box 4066
Farmington, CT 06034-4066


STX Diesel
308 Catholic War Veterans BLVD
Mission, TX 78572


U.S. Dept. of a Human Health
Services
Health Resources & Services
Administration
Po Box 19438
Springfield, IL 62794-9438

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

IN RE: **Skyline EMS, Inc.**

CASE NO

CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____ **07/06/2025** _____    Signature _____ **/s/ Maria Isabel Rodriguez**
Maria Isabel Rodriguez, President

## United States Bankruptcy Court
### Southern District of Texas

In re   **Skyline EMS, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Skyline EMS, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

**07/06/2025**

Date

**/s/ Antonio Martinez, Jr.**

**Antonio Martinez, Jr.**
Signature of Attorney or Litigant
Counsel for **Skyline EMS, Inc.**
**Bar Number: 24007607**
**Law Office of Antonio Martinez, Jr., P.C.**
**515 West Nolana B**
**McAllen, TX 78504**
**Phone: (956) 683-1090**
**Email: martinez.tony.jr@gmail.com**

1

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

IN RE: §
**Skyline EMS, Inc.** § Case No. _____
§
Debtor(s) § Chapter __11__

## DECLARATION FOR ELECTRONIC FILING OF
## BANKRUPTCY PETITION AND MASTER MAILING LIST (MATRIX)

### PART I: DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition and in the lists of creditors to be filed electronically in this case and I HEREBY DECLARE UNDER PENALTY OF PERJURY that the information provided therein, as well as the social security information disclosed in this document, is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition and lists of creditors have been filed electronically. I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☐ *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts]* --
I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7. I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7.

☑ *[Only include if petitioner is a corporation, partnership or limited liability company]* --
I hereby further declare under penalty of perjury that I have been authorized to file the petition and lists of creditors on behalf of the debtor in this case.

Date
07/06/2025 _____    /s/ Maria Isabel Rodriguez
Maria Isabel Rodriguez
President
EIN No.  4 2 8 6

### PART II: DECLARATION OF ATTORNEY:

I declare UNDER PENALTY OF PERJURY that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date
07/06/2025 _____    /s/ Antonio Martinez, Jr.
Antonio Martinez, Jr.
Attorney

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### MCALLEN DIVISION

IN RE:                                                    CHAPTER  11
**Skyline EMS, Inc.**

DEBTOR(S)                                                 CASE NO

### LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Maria Isabel Rodriguez | | | 100% |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**President**_____ of the _____**Public Corporation**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **07/06/2025**_____          Signature: **/s/ Maria Isabel Rodriguez**
                                                        *Maria Isabel Rodriguez, President*

**2023 Corporation Income Tax Return**
prepared for:

**SKYLINE EMS INC**
310 E MAIN PMB 213
MISSION, TX 78573

**HECTOR M. RIVERA, EA**
1723 E. GRIFFIN PKWY
MISSION, TX 78572

**HECTOR M. RIVERA, EA**
**1723 E. GRIFFIN PKWY**
**MISSION, TX 78572**
**(956) 583-1900**
**admin@hriveraea.com**

October 10, 2024


SKYLINE EMS INC
310 E MAIN PMB 213
MISSION, TX 78573

Dear Client,

Enclosed is the 2023 Form 1120, U.S. Corporation Income Tax Return, for SKYLINE EMS INC for the tax year ending December 31, 2023.

Your 2023 Form 1120, U.S. Corporation Income Tax Return, for SKYLINE EMS INC will be electronically filed.

No payment is due with this return.

We very much appreciate the opportunity to serve you.   If you have any questions regarding this return, please do not hesitate to call.

Sincerely,


HECTOR M. RIVERA, EA

October 10, 2024

SKYLINE EMS INC
310 E MAIN PMB 213
MISSION, TX 78573

Dear Client,

This letter is to confirm our understanding of the terms of our agreement and outline the nature and extent of services we will provide.  Based upon the information you furnish to us, we will prepare your Federal and applicable state income tax returns for 2023.

We will not audit or verify the data you submit to us, although we may ask you for clarification when necessary. All the information you submit to us will, to the best of your knowledge, be correct and complete and include all other information necessary for the completion of your tax return.

We will also prepare 2024 estimated tax vouchers if required, based on your income taxes for 2023. If you anticipate a substantial change in income taxes for 2024, please advise us as soon as possible. We will then determine whether an adjustment should be made to your tax estimates.

Your returns are subject to review by the taxing authorities. Any items that may be resolved against you by the examining agent are subject to certain rights of appeal. In the event of an examination, we will be available upon request to represent you, or to review the results of any examination. Billing for these additional services will be at our standard rates.

The charges for our services are based on our fee schedule and the complexity of the returns.

You have the final responsibility for your income tax returns. Please review them carefully before you sign and mail or authorize us to electronically file them.

If the above is in accordance with your understanding of the terms and conditions of our agreement, please sign and return a copy of this letter.

_____

HECTOR M. RIVERA, EA


Accepted by:

_____

Client signature


_____

Date

HECTOR M. RIVERA, EA
1723 E. GRIFFIN PKWY
MISSION, TX 78572


October 10, 2024

SKYLINE EMS INC
310 E MAIN PMB 213
MISSION, TX 78573

RE: Our Privacy Policy, Compliance with the Gramm-Leach-Bliley Act, Public Law
106-102 (FTC 16 CFR Part 313)

Dear Client,

The privacy of your client information has always been important to us, and we have
always been bound by professional standards of confidentiality. However, we are
now required by law to formally inform you of our privacy policy.

We collect nonpublic personal information about you that is provided by you or
obtained by us with your authorization. This information may come from various
sources, including information we receive from personal interviews, tax organizers,
worksheets and other documents necessary to provide professional services to you.

We do not disclose any nonpublic personal information about our clients or former
clients to anyone, except as permitted or required by law, or when necessary to
process transactions requested by a client.

We restrict access to nonpublic personal information about you to members of our
firm who need to know that information in order to provide you professional services.
We retain records relating to the professional services that we provide you in
accordance with accounting and government standards.

We employ physical, electronic, and procedural security safeguards to protect your
nonpublic personal information.

Your confidence and trust are important to us. If you have any questions or concerns
regarding the privacy of your nonpublic personal information, please contact us.

Sincerely,

HECTOR M. RIVERA, EA

Form **8879-CORP**

(December 2022)

Department of the Treasury
Internal Revenue Service

***E-file* Authorization for Corporations**

For calendar year 20 23 , or tax year beginning _____ , 20 ____ , ending _____ , 20 ____

Use for *efile* authorizations for Form 1120, 1120-F or 1120S.
Do not send to the IRS. Keep for your records.
Go to *www.irs.gov/Form8879CORP* for the latest information.

OMB No. 1545-0123

| Name of corporation | Employer identification number |
|---|---|
| SKYLINE EMS INC | 27-2674286 |

### Part I    Information (Whole dollars only)

| | | | |
|---|---|---|---|
| 1 | Total income (Form 1120, line 11) . . . . . . . . . . . . . | **1** | 5,813,970. |
| 2 | Total income (Form 1120-F, Section II, line 11)  . . . . . . . | **2** | |
| 3 | Total income (loss) (Form 1120-S, line 6) . . . . . . . . . . | **3** | |

### Part II    Declaration and Signature Authorization of Officer. Be sure to get a copy of the corporation's return.

Under penalties of perjury, I declare that I am an officer of the above corporation and that I have examined a copy of the corporation's electronic income tax return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the corporation's electronic income tax return. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the corporation's return to the IRS and to receive from the IRS (**a**) an acknowledgement of receipt or reason for rejection of the transmission, (**b**) the reason for any delay in processing the return or refund, and (**c**) the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at **1-888-353-4537** no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I have selected a personal identification number (PIN) as my signature for the corporation's electronic income tax return and, if applicable, the corporation's consent to electronic funds withdrawal.

**Officer's PIN: check one box only**

☐ I authorize _____ to enter my PIN ☐☐☐☐☐ as my signature
                  ERO firm name                                 do not enter all zeros
   on the corporation's electronically filed income tax return.

☒ As an officer of the corporation, I will enter my PIN as my signature on the corporation's electronically filed income tax return.

Officer's signature _____  Date _____  Title PRESIDENT

### Part III    Certification and Authentication

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN.

7 4 2 9 9 6 7 0 1 6 4
do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the electronically filed income tax return for the corporation indicated above. I confirm that I am submitting this return in accordance with the requirements of **Pub. 3112**, IRS *e-file* Application and Participation, and **Pub. 4163**, Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns.

ERO's signature _____  Date _____

**ERO Must Retain This Form — See Instructions**
**Do Not Submit This Form to the IRS Unless Requested To Do So**

**For Paperwork Reduction Act Notice, see instructions.**
**BAA**

REV 05/09/24 PRO

Form **8879-CORP** (12-2022)

| Form **1120** | | **U.S. Corporation Income Tax Return** | | OMB No. 1545-0123 |
|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | For calendar year 2023 or tax year beginning _____, 2023, ending _____, 20 ____<br>Go to *www.irs.gov/Form1120* for instructions and the latest information. | | **2023** |

| A Check if: | | | |
|---|---|---|---|
| **1a** Consolidated return (attach Form 851) | ☐ | **TYPE**<br>**OR**<br>**PRINT** | Name<br>SKYLINE EMS INC |
| **b** Life/nonlife consolidated return . | ☐ | | Number, street, and room or suite no. If a P.O. box, see instructions.<br>310 E MAIN PMB 213 |
| **2** Personal holding co. (attach Sch. PH) . | ☐ | | City or town, state or province, country, and ZIP or foreign postal code<br>MISSION                    TX 78573 |
| **3** Personal service corp. (see instructions) . | ☐ | | |
| **4** Schedule M-3 attached | ☐ | | |

**B** Employer identification number: 27-2674286
**C** Date incorporated: 05/12/2010
**D** Total assets (see instructions) $ 956,957

E Check if: (1) ☐ Initial return   (2) ☐ Final return   (3) ☐ Name change   (4) ☐ Address change

| | | | | |
|---|---|---|---:|---:|
| **Income** | **1a** | Gross receipts or sales . . . . . . . . . . . | **1a** 7,336,129 | |
| | **b** | Returns and allowances . . . . . . . . . . . | **1b** | |
| | **c** | Balance. Subtract line 1b from line 1a . . . . . . . . . . . | **1c** | 7,336,129 |
| | **2** | Cost of goods sold (attach Form 1125-A) . . . . . . . . . . . | **2** | 1,522,159 |
| | **3** | Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . | **3** | 5,813,970 |
| | **4** | Dividends and inclusions (Schedule C, line 23) . . . . . . . . | **4** | |
| | **5** | Interest . . . . . . . . . . . . . . . . . | **5** | |
| | **6** | Gross rents . . . . . . . . . . . . . . . | **6** | |
| | **7** | Gross royalties . . . . . . . . . . . . . . | **7** | |
| | **8** | Capital gain net income (attach Schedule D (Form 1120)) . . . . . | **8** | |
| | **9** | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) . | **9** | |
| | **10** | Other income (see instructions—attach statement) . . . . . . . | **10** | |
| | **11** | **Total income.** Add lines 3 through 10 . . . . . . . . . . | **11** | 5,813,970 |

| | | | | |
|---|---|---|---:|---:|
| **Deductions (See instructions for limitations on deductions.)** | **12** | Compensation of officers (see instructions—attach Form 1125-E) . . . | **12** | 60,000 |
| | **13** | Salaries and wages (less employment credits) . . . . . . . . | **13** | 3,755,295 |
| | **14** | Repairs and maintenance . . . . . . . . . . . . . | **14** | 36,599 |
| | **15** | Bad debts . . . . . . . . . . . . . . . . | **15** | |
| | **16** | Rents . . . . . . . . . . . . . . . . . | **16** | 116,854 |
| | **17** | Taxes and licenses . . . . . . . . . . . . . . | **17** | 328,035 |
| | **18** | Interest (see instructions) . . . . . . . . . . . . | **18** | 7,451 |
| | **19** | Charitable contributions . . . . . . . . . . . . | **19** | |
| | **20** | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) . . | **20** | 361,820 |
| | **21** | Depletion . . . . . . . . . . . . . . . . | **21** | |
| | **22** | Advertising . . . . . . . . . . . . . . . . | **22** | 20,949 |
| | **23** | Pension, profit-sharing, etc., plans . . . . . . . . . . | **23** | |
| | **24** | Employee benefit programs . . . . . . . . . . . . | **24** | |
| | **25** | Energy efficient commercial buildings deduction (attach Form 7205) . . | **25** | |
| | **26** | Other deductions (attach statement) . Other Deductions Statement | **26** | 849,860 |
| | **27** | **Total deductions.** Add lines 12 through 26 . . . . . . . . | **27** | 5,536,863 |
| | **28** | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 . . | **28** | 277,107 |
| | **29a** | Net operating loss deduction (see instructions) . . . . | **29a** 277,107 | |
| | **b** | Special deductions (Schedule C, line 24) . . . . . | **29b** | |
| | **c** | Add lines 29a and 29b . . . . . . . . . . . . . | **29c** | 277,107 |

| | | | | |
|---|---|---|---:|---:|
| **Tax, Refundable Credits, and Payments** | **30** | **Taxable income.** Subtract line 29c from line 28. See instructions . . | **30** | 0 |
| | **31** | Total tax (Schedule J, Part I, line 11) . . . . . . . . . | **31** | 0 |
| | **32** | Reserved for future use . . . . . . . . . . . . | **32** | |
| | **33** | Total payments and credits (Schedule J, Part II, line 23) . . . . | **33** | |
| | **34** | Estimated tax penalty. See instructions. Check if Form 2220 is attached . ☐ | **34** | |
| | **35** | **Amount owed.** If line 33 is smaller than the total of lines 31 and 34, enter amount owed . . | **35** | |
| | **36** | **Overpayment.** If line 33 is larger than the total of lines 31 and 34, enter amount overpaid . . | **36** | 0 |
| | **37** | Enter amount from line 36 you want: **Credited to 2024 estimated tax** _____ **Refunded** | **37** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Signature of officer | Date | PRESIDENT<br>Title | May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No |
|---|---|---|---|

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☒ if self-employed | PTIN |
|---|---|---|---|---|
| HECTOR M. RIVERA, EA | *Hector M. Rivera* | 10/10/24 | | P00644275 |
| Firm's name  HECTOR M. RIVERA, EA | | | Firm's EIN | 26-3089978 |
| Firm's address  1723 E. GRIFFIN PKWY MISSION TX 78572 | | | Phone no. | (956) 583-1900 |

For Paperwork Reduction Act Notice, see separate instructions. REV 05/09/24 PRO                    Form **1120** (2023)

BAA

Form 1120 (2023) Page **2**

| Schedule C | Dividends, Inclusions, and Special Deductions (see instructions) | (a) Dividends and inclusions | (b) % | (c) Special deductions (a) × (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) . . . . . . . . . . . . . . . . . . . . . . | | 50 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) . . . . . . . . . . . . . . . . . . . . . . | | 65 | |
| 3 | Dividends on certain debt-financed stock of domestic and foreign corporations . . | | See instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities . . . | | 23.3 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities . . . . | | 26.7 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs . . . | | 50 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs . . . | | 65 | |
| 8 | Dividends from wholly owned foreign subsidiaries . . . . . . . . . . . | | 100 | |
| 9 | **Subtotal.** Add lines 1 through 8. See instructions for limitations . . . . . . . | | See instructions | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 . . . . . | | 100 | |
| 11 | Dividends from affiliated group members . . . . . . . . . . . . . . | | 100 | |
| 12 | Dividends from certain FSCs . . . . . . . . . . . . . . . . . | | 100 | |
| 13 | Foreign-source portion of dividends received from a specified 10%-owned foreign corporation (excluding hybrid dividends) (see instructions) . . . . . . . . . | | 100 | |
| 14 | Dividends from foreign corporations not included on line 3, 6, 7, 8, 11, 12, or 13 (including any hybrid dividends) . . . . . . . . . . . . . . . . | | | |
| 15 | Reserved for future use . . . . . . . . . . . . . . . . . | | | |
| 16a | Subpart F inclusions derived from the sale by a controlled foreign corporation (CFC) of the stock of a lower-tier foreign corporation treated as a dividend (attach Form(s) 5471) (see instructions) . . . . . . . . . . . . . . . . . . . . | | 100 | |
| b | Subpart F inclusions derived from hybrid dividends of tiered corporations (attach Form(s) 5471) (see instructions) . . . . . . . . . . . . . . . . . | | | |
| c | Other inclusions from CFCs under subpart F not included on line 16a, 16b, or 17 (attach Form(s) 5471) (see instructions) . . . . . . . . . . . . . . . . | | | |
| 17 | Global Intangible Low-Taxed Income (GILTI) (attach Form(s) 5471 and Form 8992) . . | | | |
| 18 | Gross-up for foreign taxes deemed paid . . . . . . . . . . . . . . | | | |
| 19 | IC-DISC and former DISC dividends not included on line 1, 2, or 3 . . . . . . . | | | |
| 20 | Other dividends . . . . . . . . . . . . . . . . . . . . . | | | |
| 21 | Deduction for dividends paid on certain preferred stock of public utilities . . . . | | | |
| 22 | Section 250 deduction (attach Form 8993) . . . . . . . . . . . . . . | | | |
| 23 | **Total dividends and inclusions.** Add column (a), lines 9 through 20. Enter here and on page 1, line 4 . . . . . . . . . . . . . . . . . . | | | |
| 24 | **Total special deductions.** Add column (c), lines 9 through 22. Enter here and on page 1, line 29b . . . . . . . . | | | |

Form **1120** (2023)

Form 1120 (2023)                                                                                                                          Page **3**

| Schedule J | Tax Computation and Payment (see instructions) | | | | |
|---|---|---|---|---|---|

**Part I—Tax Computation**

| | | | | |
|---|---|---|---|---|
| 1 | Income tax. See instructions | | **1** | 0 |
| 2 | Base erosion minimum tax amount (attach Form 8991) | | **2** | |
| 3 | Corporate alternative minimum tax from Form 4626, Part II, line 13 (attach Form 4626) | | **3** | |
| 4 | Add lines 1, 2, and 3 | | **4** | 0 |
| 5a | Foreign tax credit (attach Form 1118) | **5a** | | |
| b | Credit from Form 8834 (see instructions) | **5b** | | |
| c | General business credit (see instructions—attach Form 3800) | **5c** | | |
| d | Credit for prior year minimum tax (attach Form 8827) | **5d** | | |
| e | Bond credits from Form 8912 | **5e** | | |
| 6 | **Total credits.** Add lines 5a through 5e | | **6** | |
| 7 | Subtract line 6 from line 4 | | **7** | 0 |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) | | **8** | |
| 9a | Recapture of investment credit (attach Form 4255) | **9a** | | |
| b | Recapture of low-income housing credit (attach Form 8611) | **9b** | | |
| c | Interest due under the look-back method—completed long-term contracts (attach Form 8697) | **9c** | | |
| d | Interest due under the look-back method—income forecast method (attach Form 8866) | **9d** | | |
| e | Alternative tax on qualifying shipping activities (attach Form 8902) | **9e** | | |
| f | Interest/tax due under section 453A(c) | **9f** | | |
| g | Interest/tax due under section 453(l) | **9g** | | |
| z | Other (see instructions—attach statement) | **9z** | | |
| 10 | **Total.** Add lines 9a through 9z | | **10** | |
| 11 | **Total tax.** Add lines 7, 8, and 10. Enter here and on page 1, line 31 | | **11** | 0 |

**Part II—Payments and Refundable Credits**

| | | | | |
|---|---|---|---|---|
| 12 | Reserved for future use | | **12** | |
| 13 | Preceding year's overpayment credited to the current year | | **13** | |
| 14 | Current year's estimated tax payments | | **14** | |
| 15 | Current year's refund applied for on Form 4466 | | **15** | ( ) |
| 16 | Combine lines 13, 14, and 15 | | **16** | |
| 17 | Tax deposited with Form 7004 | | **17** | |
| 18 | Withholding (see instructions) | | **18** | |
| 19 | **Total payments.** Add lines 16, 17, and 18 | | **19** | |
| 20 | Refundable credits from: | | | |
| a | Form 2439 | **20a** | | |
| b | Form 4136 | **20b** | | |
| c | Reserved for future use | **20c** | | |
| z | Other (attach statement—see instructions) | **20z** | | |
| 21 | **Total credits.** Add lines 20a through 20z | | **21** | |
| 22 | Elective payment election amount from Form 3800 | | **22** | |
| 23 | **Total payments and credits.** Add lines 19, 21, and 22. Enter here and on page 1, line 33 | | **23** | |

REV 05/09/24 PRO                                                                                      Form **1120** (2023)

Form 1120 (2023)       Page **4**

| Schedule K | Other Information (see instructions) | | | Yes | No |
|---|---|---|---|---|---|

| | | | | Yes | No |
|---|---|---|---|---|---|
| 1 | Check accounting method: a ☒ Cash   b ☐ Accrual   c ☐ Other (specify) _____ | | | | |
| 2 | See the instructions and enter the: | | | | |
| a | Business activity code no. 621900 | | | | |
| b | Business activity OTHER SERVICE | | | | |
| c | Product or service AMBULANCE SERVICE | | | | |
| 3 | Is the corporation a subsidiary in an affiliated group or a parent–subsidiary controlled group? . . . . . . . . | | | | ✗ |
| | If "Yes," enter name and EIN of the parent corporation _____ | | | | |
| 4 | At the end of the tax year: | | | | |
| a | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G) . . . . | | | | ✗ |
| b | Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G) . | | | ✗ | |
| 5 | At the end of the tax year, did the corporation: | | | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851**, Affiliations Schedule? For rules of constructive ownership, see instructions | | | | ✗ |
| | If "Yes," complete (i) through (iv) below. | | | | |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | | | | Yes | No |
|---|---|---|---|---|---|
| b | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions | | | | ✗ |
| | If "Yes," complete (i) through (iv) below. | | | | |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Organization | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | | | | Yes | No |
|---|---|---|---|---|---|
| 6 | During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? See sections 301 and 316 . . . . . . . . | | | | ✗ |
| | If "Yes," file **Form 5452**, Corporate Report of Nondividend Distributions. See the instructions for Form 5452. | | | | |
| | If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary. | | | | |
| 7 | At any time during this tax year, did one foreign person own, directly or indirectly, at least 25% of the total voting power of all classes of the corporation's stock entitled to vote or at least 25% of the total value of all classes of the corporation's stock? . | | | | ✗ |
| | For rules of attribution, see section 318. If "Yes," enter: | | | | |
| | (a) Percentage owned _____ and (b) Owner's country _____ | | | | |
| | (c) The corporation may have to file **Form 5472**, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached _____ | | | | |
| 8 | Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . . . ☐ | | | | |
| | If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments. | | | | |
| 9 | Enter the amount of tax-exempt interest received or accrued during this tax year $ _____ | | | | |
| 10 | Enter the number of shareholders at the end of the tax year (if 100 or fewer) 1 | | | | |
| 11 | If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here (see instructions) . ☐ | | | | |
| | If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid. | | | | |
| 12 | Enter the available NOL carryover from prior tax years (do not reduce it by any deduction reported on page 1, line 29a) $ 2,671,824. | | | | |

Form **1120** (2023)

Form 1120 (2023)                                                                                                    Page **5**

| **Schedule K** | **Other Information** *(continued from page 4)* | Yes | No |
|---|---|---|---|

**13** Are the corporation's total receipts (page 1, line 1a, plus lines 4 through 10) for the tax year **and** its total assets at the end of the tax year less than $250,000? . . . . . . . . . . . . . . . . . . . . . . | | ✕

If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during this tax year  $ _____

**14** Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement? See instructions . . . . | | ✕

If "Yes," complete and attach Schedule UTP.

**15a** Did the corporation make any payments that would require it to file Form(s) 1099? . . . . . . . . . . . . | ✕ |

**b** If "Yes," did or will the corporation file required Form(s) 1099? . . . . . . . . . . . . . . . . . | ✕ |

**16** During this tax year, did the corporation have an 80%-or-more change in ownership, including a change due to redemption of its own stock? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | ✕

**17** During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction? . . . . . . . . . . . . . . . . . . | | ✕

**18** Did this corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million? . . . . . . . . . . . . . . . . . . . . . . . . . . | | ✕

**19** During this corporation's tax year, did the corporation make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474) of the Code? . . . . . . . . | | ✕

**20** Is the corporation operating on a cooperative basis? . . . . . . . . . . . . . . . . . . . . . | | ✕

**21** During this tax year, did the corporation pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions_____ . . . . . | | ✕

If "Yes," enter the total amount of the disallowed deductions $ _____

**22** Does this corporation have gross receipts of at least $500 million in any of the 3 preceding tax years? (See sections 59A(e)(2) and (3).) | | ✕

If "Yes," complete and attach Form 8991.

**23** Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during this tax year? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . | | ✕

**24** Does the corporation satisfy one or more of the following? If "Yes," complete and attach Form 8990. See instructions . . . | | ✕

**a** The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense.

**b** The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $29 million and the corporation has business interest expense.

**c** The corporation is a tax shelter and the corporation has business interest expense.

**25** Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? . . . . . . . . . . . | | ✕

If "Yes," enter amount from Form 8996, line 15 . . . . . . . . . . $ _____

**26** Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties held directly or indirectly by the corporation, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the shareholders held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions . . . . . . . . . . . . . . . . . . . . . . | | ✕

Percentage: By Vote                          By Value

**27** At any time during this tax year, did the corporation (a) receive a digital asset (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? See instructions . | | ✕

**28** Is the corporation a member of a controlled group? . . . . . . . . . . . . . . . . . . . . . | | ✕

If "Yes," attach Schedule O (Form 1120). See instructions.

**29** Corporate Alternative Minimum Tax:

**a** Was the corporation an applicable corporation under section 59(k)(1) in any prior tax year? . . . . . . . . . | | ✕

If "Yes," go to question 29b. If "No," skip  to question 29c.

**b** Is the corporation an applicable corporation under section 59(k)(1) in the current tax year because the corporation was an applicable corporation in the prior tax year? . . . . . . . . . . . . . . . . . . . . . . . | |

If "Yes," complete and attach Form 4626. If "No," continue to question 29c.

**c** Does the corporation meet the requirements of the safe harbor method as provided under section 59(k)(3)(A) for the current tax year? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | ✕

If "No," complete and attach Form 4626. If "Yes," the corporation is not required to file Form 4626.

**30** Is the corporation required to file Form 7208 relating to the excise tax on repurchase of corporate stock (see instructions):

**a** Under the rules for stock repurchased by a covered corporation (or stock acquired by its specified affiliate)? . . . . . . | | ✕

**b** Under the applicable foreign corporation rules? . . . . . . . . . . . . . . . . . . . . . . . | | ✕

**c** Under the covered surrogate foreign corporation rules? . . . . . . . . . . . . . . . . . . . . | | ✕

If "Yes" to either (a), (b), or (c), complete Form 7208, Excise Tax on Repurchase of Corporate Stock. See the Instructions for Form 7208.

**31** Is this a consolidated return with gross receipts or sales of $1 billion or more and a subchapter K basis adjustment, as described in the instructions, of $10 million or more?. . . . . . . . . . . . . . . . . . . . . . . . . | | ✕

If "Yes," attach a statement. See instructions.

REV 05/09/24 PRO                                                                                          Form **1120** (2023)

Form 1120 (2023)                                                                                          Page **6**

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | **Assets** | (a) | (b) | (c) | (d) |
| 1 | Cash . . . . . . . . . . | | | | 141,262. |
| 2a | Trade notes and accounts receivable . . . | | | | |
| b | Less allowance for bad debts . . . . . | ( ) | | ( ) | |
| 3 | Inventories . . . . . . . . . | | | | |
| 4 | U.S. government obligations . . . . . | | | | |
| 5 | Tax-exempt securities (see instructions) . . | | | | |
| 6 | Other current assets (attach statement) . . | | 77,568. | | 237,814. |
| 7 | Loans to shareholders . . . . . . | | | | |
| 8 | Mortgage and real estate loans . . . . | | | | |
| 9 | Other investments (attach statement) . . . | | | | |
| 10a | Buildings and other depreciable assets . . | 281,122. | | 635,062. | |
| b | Less accumulated depreciation . . . . . | ( 88,003. ) | 193,119. | ( 441,943. ) | 193,119. |
| 11a | Depletable assets . . . . . . . | | | | |
| b | Less accumulated depletion . . . . . | ( ) | | ( ) | |
| 12 | Land (net of any amortization) . . . . | | | | |
| 13a | Intangible assets (amortizable only) . . . | | | | |
| b | Less accumulated amortization . . . . . | ( ) | | ( ) | |
| 14 | Other assets (attach statement) . . . . | | 140,729. | | 384,762. |
| 15 | Total assets . . . . . . . . . | | 411,416. | | 956,957. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable . . . . . . . . | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach statement) . . | | 836,075. | | 1,026,349. |
| 19 | Loans from shareholders . . . . . . | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | 453,889. | | 526,148. |
| 21 | Other liabilities (attach statement) . . . . | | | | |
| 22 | Capital stock:  a Preferred stock . . . | | | | |
| | b Common stock . . . . | | | | |
| 23 | Additional paid-in capital . . . . . . | | 1,155,466. | | 1,215,916. |
| 24 | Retained earnings—Appropriated (attach statement) | | | | |
| 25 | Retained earnings—Unappropriated . . . | | -2,034,014. | | -1,811,456. |
| 26 | Adjustments to shareholders' equity (attach statement) | | | | |
| 27 | Less cost of treasury stock . . . . . | | ( ) | | ( ) |
| 28 | Total liabilities and shareholders' equity . . | | 411,416. | | 956,957. |

| Schedule M-1 | Reconciliation of Income (Loss) per Books With Income per Return | | | |
|---|---|---|---|---|
| | **Note:** The corporation may be required to file Schedule M-3. See instructions. | | | |
| 1 | Net income (loss) per books . . . . . | 222,558. | 7 | Income recorded on books this year not included on this return (itemize): |
| 2 | Federal income tax per books . . . . | | | Tax-exempt interest  $ ----------------- |
| 3 | Excess of capital losses over capital gains . | | | ----------------------------------------- |
| 4 | Income subject to tax not recorded on books this year (itemize): ----------------- | | | ----------------------------------------- |
| | | | 8 | Deductions on this return not charged against book income this year (itemize): |
| 5 | Expenses recorded on books this year not deducted on this return (itemize): | | a | Depreciation . . $ 7,880. |
| a | Depreciation . . . $ ---------- | | b | Charitable contributions $ ----------- |
| b | Charitable contributions . $ 44,725. | | | ----------------------------------------- |
| c | Travel and entertainment . $ 12,204. | | | ----------------------------------------- |
| | See Statement | 62,429. | 9 | Add lines 7 and 8 . . . . . . | 7,880. |
| 6 | Add lines 1 through 5 . . . . . . . | 284,987. | 10 | Income (page 1, line 28)—line 6 less line 9 | 277,107. |

| Schedule M-2 | Analysis of Unappropriated Retained Earnings per Books (Schedule L, Line 25) | | | |
|---|---|---|---|---|
| 1 | Balance at beginning of year . . . . | -2,034,014. | 5 | Distributions:  a Cash . . . . . | |
| 2 | Net income (loss) per books . . . . . | 222,558. | | b Stock . . . . | |
| 3 | Other increases (itemize): ----------------- | | | c Property . . . . | |
| | ----------------------------------------- | | 6 | Other decreases (itemize): ----------- | |
| | ----------------------------------------- | | 7 | Add lines 5 and 6 . . . . . . | |
| 4 | Add lines 1, 2, and 3 . . . . . . . | -1,811,456. | 8 | Balance at end of year (line 4 less line 7) | -1,811,456. |

REV 05/09/24 PRO                                                                              Form **1120** (2023)

Form **1125-A**

(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

# Cost of Goods Sold

▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.
▶ Go to *www.irs.gov/Form1125A* for the latest information.

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| SKYLINE EMS INC | 27-2674286 |

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | **1** | |
| 2 | Purchases | **2** | |
| 3 | Cost of labor | **3** | |
| 4 | Additional section 263A costs (attach schedule) | **4** | |
| 5 | Other costs (attach schedule) . . . . See Statement | **5** | 1,522,159 |
| 6 | **Total.** Add lines 1 through 5 | **6** | 1,522,159 |
| 7 | Inventory at end of year | **7** | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | **8** | 1,522,159 |

**9a** Check all methods used for valuing closing inventory:

*(i)* ☒ Cost

*(ii)* ☐ Lower of cost or market

*(iii)* ☐ Other (Specify method used and attach explanation.) ▶ _____

**b** Check if there was a writedown of subnormal goods . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) . . . . . . . ▶ ☐

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO . . . . . . . . . . **9d** | |

**e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions . . ☐ Yes ☐ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

Section references are to the Internal Revenue Code unless otherwise noted.

## What's New

**Small business taxpayers.** For tax years beginning after December 31, 2017, the following apply.

• A small business taxpayer (defined below), may use a method of accounting for inventories that either: (1) treats inventories as nonincidental materials and supplies, or (2) conforms to the taxpayer's financial accounting treatment of inventories.

• A small business taxpayer is not required to capitalize costs under section 263A.

## General Instructions

### Purpose of Form

Use Form 1125-A to calculate and deduct cost of goods sold for certain entities.

### Who Must File

Filers of Form 1120, 1120-C, 1120-F, 1120S, or 1065, must complete and attach Form 1125-A if the applicable entity reports a deduction for cost of goods sold.

### Inventories

Generally, inventories are required at the beginning and end of each tax year if the production, purchase, or sale of

merchandise is an income-producing factor. See Regulations section 1.471-1. If inventories are required, you generally must use an accrual method of accounting for sales and purchases of inventory items.

**Exception for certain taxpayers.** A small business taxpayer (defined below), can adopt or change its accounting method to account for inventories in the same manner as material and supplies that are non-incidental, or conform to its treatment of inventories in an applicable financial statement (as defined in section 451(b)(3)), or if it does not have an applicable financial statement, the method of accounting used in its books and records prepared in accordance with its accounting procedures. See section 471(c)(3).

A small business taxpayer claiming exemption from the requirement to keep inventories is changing its method of accounting for purposes of section 481. For additional guidance on this method of accounting, see Pub. 538, Accounting Periods and Methods. For guidance on changing to this method of accounting, see Form 3115 and the Instructions for Form 3115.

**Small business taxpayer.** A small business taxpayer is a taxpayer that (a) has average annual gross receipts of $25 million or less (indexed for inflation) for the 3 prior tax years, and (b) is not a tax shelter (as defined in section 448(d)(3)). See Pub. 538.

**Uniform capitalization rules.** The uniform capitalization rules of section 263A generally require you to capitalize, or include in inventory, certain costs incurred in connection with the following.

• The production of real property and tangible personal property held in inventory or held for sale in the ordinary course of business.

• Real property or personal property (tangible and intangible) acquired for resale.

• The production of real property and tangible personal property for use in its trade or business or in an activity engaged in for profit.

A small business taxpayer (defined above) is not required to capitalize costs under section 263A. See section 263A(i).

See the discussion on section 263A uniform capitalization rules in the instructions for your tax return before completing Form 1125-A. Also see Regulations sections 1.263A-1 through 1.263A-3. See Regulations section 1.263A-4 for rules for property produced in a farming business.

For Paperwork Reduction Act Notice, see instructions. BAA

REV 05/09/24 PRO     Form **1125-A** (Rev. 11-2018)

**SCHEDULE G**
**(Form 1120)**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

## Information on Certain Persons Owning the Corporation's Voting Stock

► Attach to Form 1120.
► See instructions on page 2.

OMB No. 1545-0123

| Name | Employer identification number (EIN) |
|---|---|
| SKYLINE EMS INC | 27-2674286 |

**Part I**  **Certain Entities Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4a). Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Percentage Owned in Voting Stock |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II**  **Certain Individuals and Estates Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4b). Complete columns (i) through (iv) below for any individual or estate that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| MARIA I RODRIGUEZ | ███████████ | US | 100 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

For Paperwork Reduction Act Notice,
see the Instructions for Form 1120. BAA

REV 05/09/24 PRO

Schedule G (Form 1120) (Rev. 12-2011)

Form **1125-E**
(Rev. October 2016)
Department of the Treasury
Internal Revenue Service

# Compensation of Officers

► Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.
► Information about Form 1125-E and its separate instructions is at *www.irs.gov/form1125e*.

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| SKYLINE EMS INC | 27-2674286 |

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| (a) Name of officer | (b) Social security number (see instructions) | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| **1** MARIA I RODRIGUEZ | ~~████████~~ | 100% | 100% | % | 60,000. |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |

| | | | | |
|---|---|---|---|---|
| **2** | Total compensation of officers . . . . . . . . . . . . . . . . . . . | **2** | | 60,000. |
| **3** | Compensation of officers claimed on Form 1125-A or elsewhere on return . . . . . . . . | **3** | | |
| **4** | Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return . . . . . . . . . . . . . . . . . . . . . | **4** | | 60,000. |

For Paperwork Reduction Act Notice, see separate instructions. BAA          REV 05/09/24 PRO   Form **1125-E** (Rev. 10-2016)

Form **4562**

Department of the Treasury
Internal Revenue Service

# Depreciation and Amortization
## (Including Information on Listed Property)
**Attach to your tax return.**
Go to *www.irs.gov/Form4562* for instructions and the latest information.

OMB No. 1545-0172

**2023**

Attachment
Sequence No. **179**

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| SKYLINE EMS INC | Form 1120 OTHER SERVICE | 27-2674286 |

**Part I**   **Election To Expense Certain Property Under Section 179**
**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) | **1** | 1,160,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) | **2** | 353,940. |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | **3** | 2,890,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** | 0. |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** | 1,160,000. |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | FURNITURE | 607. | 607. |
| | See Additional Section 179 Property Statement | | 348,833. |

| | | | | |
|---|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | **7** | 4,500. | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | | **8** | 353,940. |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | | **9** | 353,940. |
| 10 | Carryover of disallowed deduction from line 13 of your 2022 Form 4562 | | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions | | **11** | 603,336. |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | | **12** | 353,940. |
| 13 | Carryover of disallowed deduction to 2024. Add lines 9 and 10, less line 12 | **13** | 0. | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

**Part II**   **Special Depreciation Allowance and Other Depreciation (Don't** include listed property. See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions | **14** | 0. |
| 15 | Property subject to section 168(f)(1) election | **15** | |
| 16 | Other depreciation (including ACRS) | **16** | |

**Part III**   **MACRS Depreciation (Don't** include listed property. See instructions.)

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2023 | **17** | 7,880. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ☐ | | |

**Section B—Assets Placed in Service During 2023 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only—see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

**Section C—Assets Placed in Service During 2023 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  30-year | | | 30 yrs. | MM | S/L | |
| d  40-year | | | 40 yrs. | MM | S/L | |

**Part IV**   **Summary**  (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | **21** | 0. |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations—see instructions | **22** | 361,820. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | **23** | |

For Paperwork Reduction Act Notice, see separate instructions.

Form **4562** (2023)

Form 4562 (2023)                                                                                                                           Page **2**

### Part V  Listed Property (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.)

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A—Depreciation and Other Information** (Caution: See the instructions for limits for passenger automobiles.)

**24a** Do you have evidence to support the business/investment use claimed? ☒ Yes ☐ No  **24b** If "Yes," is the evidence written? ☒ Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| **25** Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use. See instructions . | | | | | | **25** | 0. | |
| **26** Property used more than 50% in a qualified business use: | | | | | | | | |
| GRAND CARAVAN | 05/10/23 | 100% | 4,500. | 0. | 5.00 | 200 DB-HY | 0. | 4,500. |
| | | % | | | | | | |
| | | % | | | | | | |
| **27** Property used 50% or less in a qualified business use: | | | | | | | | |
| | | % | | | S/L – | | | |
| | | % | | | S/L – | | | |
| | | % | | | S/L – | | | |
| **28** Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 . | | | | | | **28** | 0. | |
| **29** Add amounts in column (i), line 26. Enter here and on line 7, page 1 . . . . . . . . . . . . . . | | | | | | | **29** | 4,500. |

**Section B—Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **30** Total business/investment miles driven during the year (**don't** include commuting miles) . | | | | | | | | | | | | |
| **31** Total commuting miles driven during the year | | | | | | | | | | | | |
| **32** Total other personal (noncommuting) miles driven . . . . . . . . | | | | | | | | | | | | |
| **33** Total miles driven during the year. Add lines 30 through 32 . . . . . . . | | | | | | | | | | | | |
| **34** Was the vehicle available for personal use during off-duty hours? . . . . . . | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| **35** Was the vehicle used primarily by a more than 5% owner or related person? . . | | | | | | | | | | | | |
| **36** Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C—Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons. See instructions.

| | | Yes | No |
|---|---|---|---|
| **37** | Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| **38** | Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners . . | | |
| **39** | Do you treat all use of vehicles by employees as personal use? . . . . . . . . . . . . . | | |
| **40** | Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? . . . . . . . . . . . . . . . . | | |
| **41** | Do you meet the requirements concerning qualified automobile demonstration use? See instructions . . . . | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

### Part VI  Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| **42** Amortization of costs that begins during your 2023 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| **43** Amortization of costs that began before your 2023 tax year . . . . . . . . . . . . . . . **43** | | | | | |
| **44** **Total.** Add amounts in column (f). See the instructions for where to report . . . . . . . **44** | | | | | |

BAA     REV 05/09/24 PRO                                                              Form **4562** (2023)

| Form 1120<br>Schedule L | Other Assets | 2023 |
|---|---|---|

| Name as Shown on Return<br>SKYLINE EMS INC | Employer Identification No.<br>27-2674286 |
|---|---|

| Other Current Assets: | Beginning of tax year | End of tax year |
|---|---|---|
| EMPLOYEE ADVANCES | 6,175. | 6,675. |
| LEGEND ADVANCE FUNDING | 55,534. | 188,145. |
| L/R - WARRIER WESLING | 15,859. | 35,397. |
| L/R - SOUTH COAST BILLING | 0. | 7,597. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Totals to Form 1120, Schedule L, line 6 . . . . . . . . . . . . . . ▶ | 77,568. | 237,814. |

| Other Investments: | Beginning of tax year | End of tax year |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Totals to Form 1120, Schedule L, line 9 . . . . . . . . . . . . . . ▶ | | |

| Other Assets: | Beginning of tax year | End of tax year |
|---|---|---|
| SECURITY DEPOSIT | 3,200. | 4,100. |
| OVERPAID JRG FUNDING LLC | 44,385. | 284,939. |
| OVERPAID FORWARD FINANCING LN | 24,190. | 24,190. |
| OVERPAID TOWER LOAN OF MO | 375. | 2,954. |
| OVERPAID KNIGHT CAPITAL FUNDING | 30,375. | 30,375. |
| OVERPAID KALAMATA CAPITAL GROU | 38,204. | 38,204. |
| | | |
| | | |
| | | |
| | | |
| | | |
| Totals to Form 1120, Schedule L, line 14 . . . . . . . . . . . . . ▶ | 140,729. | 384,762. |

| Form 1120 | Other Liabilities | 2023 |
| Schedule L | and Adjustments to Shareholders' Equity | |

| Name | Employer Identification No. |
| SKYLINE EMS INC | 27-2674286 |

| Other Current Liabilities: | Beginning of tax year | End of tax year |
|---|---|---|
| PAYROLL TAXES PAYABLE | 650,491. | 926,977. |
| COLONIAL LIFE | 2. | 0. |
| CHILD SUPPORT GARNISHMENT | 8,966. | 959. |
| BANK OVERDRAFT | 176,616. | 98,413. |
| | | |
| | | |
| | | |
| | | |
| Totals to Form 1120, Schedule L, line 18 . . . . . . . . . . . . . ▶ | 836,075. | 1,026,349. |

| Other Liabilities: | Beginning of tax year | End of tax year |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Totals to Form 1120, Schedule L, line 21 . . . . . . . . . . . . . ▶ | | |

| Retained Earnings — Appropriated: | Beginning of tax year | End of tax year |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Totals to Form 1120, Schedule L, line 24 . . . . . . . . . . . . . ▶ | | |

| Adjustments to Shareholders' Equity: | Beginning of tax year | End of tax year |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Totals to Form 1120, Schedule L, line 26 . . . . . . . . . . . . . ▶ | | |

**Form 1120, Line 29a**      **Net Operating Loss Worksheet**      **2023**

| Name | Employer Identification Number |
|---|---|
| SKYLINE EMS INC | 27-2674286 |

**Important Information**
**Tax Cuts and Jobs Act (TCJA)**

For taxable years ending after December 31, 2017, Net Operating Loss (NOL) rules for carrybacks and carryforwards have changed under the Tax Cuts and Jobs Act (TCJA).  Except for certain farming and insurance company (other than life insurance) losses, NOLs can no longer be carried back.  NOLs can now be carried forward indefinitely.

**NOLs under Tax Cuts and Jobs Act of 2017 Smart Worksheet**

A  Is the Net Operating Loss from certain farming losses? . . . . . . . . . . . . . . . . ► Yes ☐ No ☐
B  If "Yes" to line A, is the business electing out of the two year carryback?. . . . . . ► Yes ☐ No ☐
   **QuickZoom** to Election Statement. . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► _____
   **QuickZoom** to Form 1139  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► _____

**NOL's under Tax Cuts and Jobs Act of 2017 :  Carryover indefinitely**

| NOL Carryover Year | A Carryover | B Less Carrybacks | C Adjusted Carryover |
|---|---|---|---|
| 2022 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 531,858. | | 531,858. |
| 2021 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 2020 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 262,685. | | 262,685. |
| 2019 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 126,157. | | 126,157. |
| 2018 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 920,346. | | 920,346. |
| Totals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,841,046. | | 1,841,046. |

**NOL's under Taxpayer Relief Act of 1997 : Two year carryback, twenty year carryover**

| NOL Carryover Year | A Carryover | B Less Carrybacks/ Carryovers | C Adjusted Carryover |
|---|---|---|---|
| 2017 | 61,729. | | 61,729. |
| 2016 | 769,049. | | 769,049. |
| 2015 | | | |
| 2014 | | | |
| 2013 | | | |
| 2012 | | | |
| 2011 | | | |
| 2010 | | | |
| 2009 | | | |
| 2008 | | | |
| 2007 | | | |
| 2006 | | | |
| 2005 | | | |
| 2004 | | | |
| 2003 | | | |
| Totals | 830,778. | | 830,778. |

**NOL's prior to Taxpayer Relief Act of 1997:  Three year carryback, fifteen year carryover**

| NOL Carryover Year | A Carryover | B Less Carrybacks/ Carryovers | C Adjusted Carryover |
|---|---|---|---|
| 2011 | | | |
| 2010 | | | |
| 2009 | | | |
| 2008 | | | |
| Totals | | | |

SKYLINE EMS INC                                          27-2674286

## Net Operating Loss Summary

| NOL C/O Year | A NOL Carryover Available | B Deduction Allowed in Current Year | C Adjustment Under Section 172(b)(2) | D Remaining Carryover 20 Years | E Remaining Carryover Indefinite | F Remaining Carryover 15 Years* |
|---|---|---|---|---|---|---|
| 2022 | 531,858. | | | | 531,858. | |
| 2021 | | | | | | |
| 2020 | 262,685. | | | | 262,685. | |
| 2019 | 126,157. | | | | 126,157. | |
| 2018 | 920,346. | | | | 920,346. | |
| 2017 | 61,729. | | | 61,729. | | |
| 2016 | 769,049. | 277,107. | 27,711. | 519,653. | | |
| 2015 | | | | | | |
| 2014 | | | | | | |
| 2013 | | | | | | |
| 2012 | | | | | | |
| 2011 | | | | | | |
| 2010 | | | | | | |
| 2009 | | | | | | |
| 2008 | | | | | | |
| 2007 | | | | | | |
| 2006 | | | | | | |
| 2005 | | | | | | |
| 2004 | | | | | | |
| 2003 | | | | | | |
| Totals | 2,671,824. | 277,107. | 27,711. | 581,382. | 1,841,046. | |

| | |
|---|---|
| Less: Carryover expiring due to 20-year limitation | |
| Less: Carryover expiring due to 15-year limitation | |
| Add: Current year net operating loss | |
| Less:  Carryback of current year net operating loss | |
| Net operating loss carryover to next year | 2,422,428. |

cpcw7601.SCR  08/01/23

SKYLINE EMS INC                                                   27-2674286                    1

# Additional Information From 2023 Federal Corporation Tax Return

### Form 1120: US Corporation Income Tax Return
### Schedule M-1, Line 5c                                   Continuation Statement

| Description | Amount |
|---|---|
| Penalties and fines | 5,500. |
| Total | 5,500. |

### Form 1120: US Corporation Income Tax Return
### Other Deductions                                        Continuation Statement

| Description | Amount |
|---|---|
| ACCOUNTING | 6,508 |
| AUTOMOBILE AND TRUCK EXPENSE | 55,641 |
| BANK CHARGES | 33,122 |
| COMPUTER SERVICES AND SUPPLIES | 69,181 |
| DUES AND SUBSCRIPTIONS | 10,966 |
| INSURANCE | 49,428 |
| JANITORIAL | 72,330 |
| LEGAL AND PROFESSIONAL | 32,168 |
| MEALS (50%) | 12,205 |
| OFFICE EXPENSE | 128,321 |
| OUTSIDE SERVICES | 120,120 |
| POSTAGE | 6,588 |
| PRINTING | 4,112 |
| TELEPHONE | 53,775 |
| TRAINING/CONTINUING EDUCATION | 22,210 |
| TRAVEL | 64,360 |
| UNIFORMS | 16,388 |
| UTILITIES | 20,842 |
| STORAGE | 3,276 |
| EMPLOYEE RELATIONS | 61,618 |
| WASTE DISPOSAL | 4,684 |
| INSPECTIONS | 2,017 |
| Total | 849,860 |

### Form 1125-A: Cost of Goods Sold
### Other Costs Statement                                   Continuation Statement

| Other Cost | Other Amount |
|---|---|
| AMBULANCE FUEL | 409,246 |
| AMBULANCE INSURANCE | 209,142 |
| AMBULANCE PARTS | 329,199 |
| AMBULANCE REPAIRS | 242,942 |
| AMBULANCE OTHER | 28,745 |
| LABORATORY FEES | 180 |
| MEDICAL DIRECTOR COST | 10,450 |
| MEDICAL RECORDS AND SUPPLIES | 292,255 |

SKYLINE EMS INC                                             27-2674286                    2

**Form 1125-A: Cost of Goods Sold**
**Other Costs Statement**                              **Continuation Statement**

| Other Cost | Other Amount |
|------------|-------------:|
| Total | 1,522,159 |

**Form 4562 (Form 1120 OTHER SERVICE): Depreciation and Amortization**
**Line 6 Additional Section 179 Property Statement**          **Continuation Statement**

| (a) Description of Property | (b) Cost (bus use only) | (c) Elected Cost |
|---|---:|---:|
| AMBULANCE M-15 | 2,000. | 2,000. |
| AMBULANCE WC-6 | 7,000. | 7,000. |
| AMBULANCE WC-7 | 2,500. | 2,500. |
| AMBULANCE M-2 | 27,800. | 27,800. |
| AMBULANCE M-32 | 10,500. | 10,500. |
| AMBULANCE M-33 | 7,500. | 7,500. |
| AMBULANCE M-19 | 10,000. | 10,000. |
| AMBULANCE M-34 | 13,000. | 13,000. |
| AMBULANCE M-1 | 11,000. | 11,000. |
| AMBULANCE M-8 | 14,000. | 14,000. |
| AMBULANCE M-4 | 27,700. | 27,700. |
| AMBULANCE M-5 | 36,400. | 36,400. |
| AMBULANCE M-18 | 16,500. | 16,500. |
| AMBULANCE M-16 | 20,000. | 20,000. |
| AMBULANCE FR-2 | 9,244. | 9,244. |
| AMBULANCE M-35 | 3,200. | 3,200. |
| AMBULANCE M-21 | 7,000. | 7,000. |
| AMBULANCE M-39 | 7,000. | 7,000. |
| AMBULANCE M-12 | 36,000. | 36,000. |
| AMBULANCE M-13 | 33,000. | 33,000. |
| AMBULANCE M-11 | 1,000. | 1,000. |
| AMBULANCE M-7 | 7,600. | 7,600. |
| GOLF CART | 493. | 493. |
| AMBULANCE WC-8 | 7,700. | 7,700. |
| AMBULANCE M-37 | 24,696. | 24,696. |
| AMBULANCE M-38 | 6,000. | 6,000. |
| **Total** | | 348,833. |