United States Bankruptcy Court
Southern District of Texas

**ENTERED**
February 05, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 25-70188 |
| SKYLINE EMS, INC., § | |
| § | |
| Debtor. § | |
| § | |
| § | CHAPTER 11 |

ORDER
& NOTICE FOR HEARING ON DISCLOSURE STATEMENT

A second amended disclosure statement and second amended plan under chapter 11 of the United States Bankruptcy Code having been filed by Skyline EMS, Inc., on February 4, 2026, ECF #96 and # 97, respectively, it is **Ordered** and notice is hereby given that:

1. The electronic hearing to consider the approval of the second amended disclosure statement, ECF #96, shall be held before the United States Bankruptcy Court, McAllen Division, on **Tuesday, March 10, 2026, at 9:00 a.m.** (Central Standard Time). For persons wishing to appear in person, the hearing will be conducted from the United States Courthouse, 1701 W. Business Hwy 83, 10th Floor Courtroom, McAllen, TX 78501.
2. Pursuant to Bankruptcy General Order 2021-05 and Bankruptcy Local Rule 9017-1, parties may either appear electronically or in person unless otherwise ordered by this Court.
3. To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web page located at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-eduardo-v-rodriguez. Parties are additionally instructed to: (i) call in utilizing the dial-in-number for hearings before Judge Rodriguez at **832-917-1510,** conference room number 999276 **and** (ii) log on to GoToMeeting for video appearances and witness testimony, utilizing conference code: judgerodriguez. **Parties MUST HAVE TWO SEPARATE DEVICES to appear by video and telephonically. One device will be used to log on to GoToMeeting and the other will be used to call the telephonic conference line.**
4. **Tuesday, February 24, 2026** is fixed as the last day for filing and serving in accordance with Fed. R. Bankr. P. 3017(a) written objections to the disclosure statement.
5. No later than **Monday, February 9, 2026** Debtor must distribute a copy of the disclosure statement and plan in accordance with Fed. R. Bankr. P. 3017(a).

SIGNED Thursday, February 5, 2026

Eduardo V. Rodriguez
**Chief United States Bankruptcy Judge**